IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

LaSalle Bank National Association,   Case No. 3:07 CV 157

          Plaintiff,   O R D E R

   -vs-   JUDGE JACK ZOUHARY

David L. Krego, et al.,

          Defendants

This is a foreclosure case which has been referred to the United States Magistrate Judge for Report and Recommendation. The Court has reviewed the Report and Recommendation of the Magistrate Judge (Doc No. 21) filed June 29, 2007, as well as Defendants' Objections (Doc. Nos. 23, 24).

The Local Rules of the Northern District of Ohio require a party who wishes to challenge a Magistrate's Report and Recommendation to file specific objections, which identify the portions of the Magistrate's recommendation to which objection is made and the basis for the objection, within ten days of service. Local Rule 72.3(b). As long as a party was properly informed of the consequences of failing to object, the party waives subsequent review by the District Court if it fails to file an objection. A general objection to a Magistrate's Report and Recommendation, which fails to specify the issues of contention, does not satisfy the requirement. The objections must be clear enough to enable the District Court to discern those issues that are dispositive and contentious. *Miller*

*v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). So long as proper notice is given, a party's failure to file specific objections to the Report and Recommendation constitutes a waiver of the right to appeal those findings.

In this case, the Report and Recommendation included a notice specifically advising Defendants that they had ten days to file objections, and that the failure to file such objections would waive appeal rights. Defendants' Objections merely request a ninety day stay to try to place their "financial affairs in order." Defendants did not identify any **specific** portions of the Magistrate's findings to which they object; nor did they identify any **specific** issues of contention. Accordingly, the Court finds that Defendants have waived their objections.

Further, the Court has reviewed *de novo* the Magistrate's Report and Recommendation and finds it well-taken. Therefore, the Court adopts the Report and Recommendation in its entirety.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 26, 2007